UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRAVO! DEVELOPMENT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | |
| | ) | **COMPLAINT** |
| BRIO MEDITERRANEAN | ) | |
| RESTAURANT and | ) | |
| PAUL SANDOLO | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

Plaintiff Bravo! Development, Inc. ("BDI"), by its undersigned attorneys, as and for its

Complaint against defendants Brio Mediterranean Restaurant, and Paul Sandolo, an individual,

(collectively "Defendants"), states as follows:

<u>NATURE OF ACTION</u>

This action is for infringement of federally registered trademarks in violation of Section

32(1) of the United States Trademark Act, 15 U.S.C. § 1114(1); for use of false designations of

origin and false representations, and unfair competition in violation of Section 43(a) of the

United States Trademark Act, 15 U.S.C. § 1125(a); for federal trademark dilution in violation of

Section 43(a) of the United States Trademark Act, 15 U.S.C. § 1125(c); and for related claims

for common law trademark infringement and unfair competition, injury to business reputation

and dilution, and deceptive trade practices under New York law.

<u>THE PARTIES</u>

1.      Plaintiff, Bravo! Development, Inc., is a corporation organized under the laws of

the State of Ohio, with its principal place of business at 777 Goodale Avenue, Suite 100,

Columbus, Ohio 43212.  Plaintiff is in the full-service restaurant business and is the owner and

operator of three restaurant concept chains known as BRIO Tuscan Grille, BRAVO! Cucina
Italiana and BON VIE Bistro.

2.      Upon information and belief, Defendant, Brio Mediterranean Restaurant is a
restaurant located in the State of New York, with its principal place of business at 353 North
Bedford Road, Mount Kisco, New York 10549.

3.      Upon information and belief, Defendant, Paul Sandolo ("Sandolo"), is an
individual residing in this District at 61 Ward Avenue, Mount Kisco, New York 10549.

4.      Upon information and belief, Defendant, Sandolo, is the owner of Brio
Mediterranean Restaurant located at 353 North Bedford Road, Mount Kisco, New York 10549.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the subject matter of this action pursuant to 15
U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367 as it involves substantial
claims arising under the Trademark Laws of the United States together with related claims under
New York law.

6.      This Court has personal jurisdiction over Defendants, which, upon information
and belief, reside in this District, are transacting business in this District and the State of New
York, and are committing infringing acts specified herein within this District and the State of
New York.

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(c)
as Defendants reside in this District and/or conduct business in this District and because the
wrongful acts alleged herein have been committed in this District.

## BACKGROUND

8.      BDI owns and operates sixty-nine (69) full-service restaurants in over twenty (20)
states in the United States under three primary restaurant concepts:  (a) BRIO Tuscan Grille

- 2 -

(twenty-eight restaurants); (b) BRAVO! Cucina Italiana (forty restaurants); and (c) BON VIE

Bistro (one restaurant). The BRIO and BRAVO! restaurant concepts specialize in Italian-style

cuisine and are described as casual white-tablecloth and fine casual dining. All three restaurant

concepts are open seven days a week for lunch and dinner.

9.      BDI created BRIO Tuscan Grille in 1999 in Columbus, Ohio to attract upscale

restaurant patrons with authentic northern Italian food (the "BRIO Restaurant" or "BRIO

Restaurants"). The creation of the BRIO Restaurants was an overnight success. Today, BDI

operates an award winning chain of BRIO Restaurants under the BRIO and BRIO TUSCAN

GRILLE trademarks.

10.     The BRIO Restaurants are described as fine casual Italian restaurants known for

high quality food that target a broad range of guests from business people and young

professionals to empty nesters.

11.     BDI expanded its BRIO Restaurant chain to twenty-eight (28) total locations,

including locations in Birmingham, Alabama; Gilbert, Arizona (opening June 2008); Naples,

Florida; Orlando, Florida; Palm Beach Gardens, Florida; Pembroke Pines, Florida; Winter Park,

Florida; Atlanta, Georgia (two locations); Lombard, Illinois; Newport, Kentucky; Clinton

Township, Michigan; Troy, Michigan; Kansas City, Missouri; Saint Louis, Missouri; Las Vegas,

Nevada; Cherry Hill, New Jersey; Charlotte, North Carolina; Beaver Creek, Ohio; Columbus,

Ohio (two locations); Lyndhurst, Ohio; Westlake, Ohio; Allen, Texas; Southlake, Texas; The

Woodlands, Texas; McClean, Virginia; and Richmond, Virginia.

12.     BDI plans to expand the BRAVO! and BRIO restaurant concepts by opening

approximately ten (10) new restaurants per year over the next three to five years. In 2008 and

- 3 -

2009, BDI has already announced plans to open another twelve (12) restaurants, including seven (7) BRIO Restaurants and five (5) BRAVO! restaurants.

13.    Currently, BDI owns and operates two (2) BRAVO! restaurants in the State of New York located at: One Walden Galleria, Buffalo, New York 14225 and Palisades Mall, West Nyack, New York.  At each BRAVO! restaurant, BDI advertises and markets its other restaurant concepts, including the BRIO Restaurants.

14.    In accordance with BDI's business plans, BDI has taken steps to expand use of the BRIO trademark into the State of New York.

15.    For over twelve (12) years, and since long prior to the acts of Defendants complained of herein, BDI or its predecessor in interest, has used the BRIO trade name and trademark in connection with restaurant services.  The BRIO trade name and trademark is exceptionally well-known in the restaurant industry, and BDI has a long-standing reputation for excellence.

16.    BRIO has among the highest average unit sales in the industry and was voted the 2007 "Hot Concepts!" winner according to Nation's Restaurant News, the restaurant industry's leading trade publication.  A true and correct copy of this award is attached hereto at Exhibit A.

17.    In December 2007, BDI received the prestigious 2007 Chain Operator of the Year Award from *Foodservice Equipment & Supplies* for its BRIO and BRAVO! restaurant concepts.  A true and correct copy of this award is attached hereto at Exhibit B.

18.    In 2007, BDI's BRIO Restaurant located in Naples, Florida was listed as one of The Panel's Picks in the Gulfshore Life 2007 Visitors' Annual, a regional publication.  A true and correct copy of The Panel Picks' award is attached hereto at Exhibit C.

19.    In 2008, BDI's BRIO Restaurant located in Fort Worth, Texas received a first place Reader's Choice Award for Italian cuisine. A true and correct copy of the award is attached hereto at Exhibit D.

20.    Since long prior to the acts of Defendants complained of herein, BDI has extensively promoted its BRIO trade name and trademark in connection with its restaurant services through various means, including its Internet website located at www.bestitalianusa.com and www.brioitalian.com such that its trade name and trademark has become widely known and recognized by the public and the trade. As a result of BDI's substantial investment in developing and promoting the BRIO brand, the BRIO trademark has come to identify and distinguish BDI's products and services sold under that trademark, and represents the enormous goodwill of great value belonging exclusively to BDI.

21.    In recognition of its exclusive and extremely valuable rights and goodwill in the BRIO trademark, the BRIO trademark has been registered in the United States Patent and Trademark Office for restaurant services. BDI owns U.S. Registration No. 2,018,983, issued on November 26, 1996, with a date of first use in commerce of August 1, 1995, for the trademark BRIO & Design for "restaurant services" (the "'983 Registration"). An image of the '983 Registration appears as follows:



BDI has transitioned from the BRIO & Design trademark in the '983 Registration to the BRIO & Design trademark in the '292 Registration (defined below).

- 5 -

22.    BDI also owns U.S. Registration No. 2,996,778, issued on September 20, 2005, with a date of first use in commerce of July 2, 1999, for the trademark BRIO for "restaurant services" (the "'778 Registration").

23.    BDI also owns U.S. Registration No. 3,191,292, issued January 2, 2007, with a date of first use in commerce of July 2, 1999, for the trademark BRIO tuscan grille & Design for "restaurant services" (the "'292 Registration"). An image of the '292 Registration appears as follows:



24.    The '778 and '292 Registrations are valid and subsisting, and in full force and effect. BDI is the owner of these registrations and the trademarks shown therein and all of the business and goodwill connected therewith and symbolized thereby. True and correct copies of the '983, '778, and '292 Registrations are attached hereto at Exhibit E.

25.    Upon information and belief, Defendants have been operating a restaurant named Brio Mediterranean Restaurant since at least as early as November 2007 at 353 North Bedford Road, Mount Kisco, New York 10549. Upon information and belief, Brio Mediterranean Restaurant offers a menu of Italian-style cuisine and is described as an "upscale, casual, fun restaurant with an adult bar, enough comfort food and also foodie-food."

26.    Upon information and belief, Defendants are using the following trademark and logo:



27. Upon information and belief, Defendants own, operate or control the domain name registration located at the URL www.brioristorante.com.

28. Upon information and belief, Defendant Sandolo has announced plans to work with the chef of Brio Mediterranean Restaurant, Mr. Daniel A. Rubino, Jr., to open an additional restaurant in Fishkill, New York.

29. Given BDI's publicly announced plans to open BRIO Restaurants in the New York market and its senior trademark rights in the trademark BRIO, BDI is entitled to injunctive relief and other remedies against this junior user of the BRIO trademark for restaurant services.

## COUNT ONE

## INFRINGEMENT OF A FEDERALLY
## REGISTERED TRADEMARK UNDER 15 U.S.C. § 1114(1)

30. BDI repeats and realleges, as if fully set forth herein, the allegations contained in paragraphs 1 through 29 above.

31. BDI's use of the BRIO trademark predates any alleged use by Defendants in the United States.

32. Upon information and belief, with full knowledge of the BRIO trade name and trademark, and the tremendously valuable goodwill that BDI has built over the years throughout the United States, and long after BDI's exclusive and continuous use of its BRIO trade name and

trademark, Defendants adopted the trade name BRIO MEDITERRANEAN RESTAURANT for restaurant services.

33.    Upon anticipation of plans to open a BRIO Restaurant in the State of New York, counsel for BDI contacted Defendants concerning BDI's superior rights in the BRIO trademarks.

34.    On April 25, 2008, BDI, through its counsel, sent a letter to Defendants and Chef, Daniel A. Rubino, Jr. at Brio Mediterranean Restaurant, 353 North Bedford Road, Mount Kisco, New York 10549, demanding that it cease its infringement, unfair competition and dilution of BDI's well-known BRIO trade name and trademark.  A true and correct copy of the April 25, 2008 letter is attached hereto at Exhibit F.  BDI, through its counsel, obtained confirmation that the letter was delivered on April 26, 2008.  The receipt was signed by "M. Jensen" on April 26, 2008.  A true and correct copy of the signed FedEx Express receipt is attached hereto at Exhibit G.

35.    After receiving no response from Defendants, on May 12, 2008, BDI, through its counsel, again wrote to Defendants repeating the demand that the infringement of the trade name and trademark BRIO cease.  A true and correct copy of the May 12, 2008 letter is attached hereto at Exhibit H.  BDI, through its counsel, obtained a certified mail receipt showing that this letter was delivered on May 12, 2008.  A true and correct copy of the certified mail receipt postcard is attached hereto at Exhibit I.

36.    To date, neither BDI nor its counsel have received a response from the Defendants to BDI's letters of April 25, 2008 and May 12, 2008.

37.    Upon information and belief, despite having knowledge of BDI's rights in its BRIO trade name and trademark, Defendants adopted and used the trademark BRIO in connection with Defendants' restaurant services.  Upon information and belief, Defendants' use

- 8 -

of the trademark BRIO was commenced and has continued in willful violation of BDI's rights in the BRIO trade name and trademark.

38.    BDI has never authorized, licensed or otherwise condoned or consented to Defendants' use of the BRIO trademark.

39.    Upon information and belief, Defendants' restaurant services are marketed and sold to the same class of customers and end-users as the products and services of BDI.

40.    Defendants' use and threatened continued use of the trade name and trademark BRIO is likely to cause confusion, to cause mistake, and to deceive as to the source, origin, or sponsorship of Defendants' restaurant services and to cause the public wrongly to associate the trade name and trademark BRIO with the Defendants and to believe that Defendants are somehow affiliated or connected with, or licensed, sponsored, or approved by BDI.

41.    Defendants' use and threatened continued use of the trade name and trademark BRIO constitutes the use of a false designation of origin and false representation of Defendants' restaurant services.

42.    Defendants' use and threatened continued use of the trade name and trademark BRIO is likely to cause BDI to lose the ability to control its reputation and image among the public.

43.    Defendants' use and threatened continued use of the trade name and trademark BRIO is likely to gain acceptance for Defendants' restaurant services by trading on the merit, reputation, and goodwill built up by BDI's extensive use, advertising, and marketing of products and services under the BRIO trade name and trademark.

44.    Defendants' use and threatened continued use of the trade name and trademark BRIO has been with full knowledge of BDI's prior rights and with intent to confuse consumers and to benefit from the goodwill of BDI's products and services.

45.    The aforesaid acts of Defendants, constitute willful and intentional infringement of BDI's federally registered trademarks in violation of Section 32(1) of the United States Trademark Act, 15 U.S.C. § 1114(1).

46.    Defendants' aforesaid acts have caused and, unless restrained by this Court, will continue to cause great and irreparable injury to BDI, for which it has no adequate remedy at law.

47.    As the result of Defendants' unlawful actions, BDI has suffered damages in an amount that exceeds Ten Million Dollars ($10 Million) and such damages will be proved at trial. BDI is entitled to compensation in this amount, plus punitive damages for the knowing and willful actions of Defendants.

## COUNT TWO

### FALSE DESIGNATIONS OF ORIGIN AND FALSE REPRESENTATIONS, AND UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(A)

48.    BDI repeats and realleges, as if fully set forth herein, the allegations contained in paragraphs 1 through 47 above.

49.    Defendants' aforesaid acts constitute willful and intentional use of false designations of origin and false representations, and unfair competition in violation of Section 43(a) of the United States Trademark Act, 15 U.S.C. § 1125(a).

50.    BDI has never authorized, licensed or otherwise condoned or consented to Defendants' use of the BRIO trademark.

- 10 -

51.     Defendants' aforesaid acts have caused and, unless restrained by this Court, will continue to cause great and irreparable injury to BDI, for which it has no adequate remedy at law.

52.     As the result of Defendants' unlawful actions, BDI has suffered damages in an amount that exceeds Ten Million Dollars ($10 Million) and such damages will be proved at trial. BDI is entitled to compensation in this amount, plus punitive damages for the knowing and willful actions of Defendants.

## COUNT THREE

### FEDERAL DILUTION UNDER 15 U.S.C. § 1125(C)

53.     BDI repeats and realleges, as if fully set forth herein, the allegations contained in paragraphs 1 through 52 above.

54.     Defendants' aforesaid acts constitute willful and intentional dilution of the distinctive quality of, and tremendous goodwill associated with BDI's famous trade name and trademark in violation of Section 43(c) of the United States Trademark Act, 15 U.S.C. § 1125(c).

55.     Defendants' aforesaid acts have resulted in actual dilution of BDI's famous trade name and trademark.

56.     Defendants' aforesaid acts have caused and, unless restrained by this Court, will continue to cause great and irreparable injury to BDI, for which it has no adequate remedy at law.

57.     As the result of Defendants' unlawful actions, BDI has suffered damages in an amount that exceeds Ten Million Dollars ($10 Million) and such damages will be proved at trial. BDI is entitled to compensation in this amount, plus punitive damages for the knowing and willful actions of Defendants.

- 11 -

## COUNT FOUR

### TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER NEW YORK LAW

58.     BDI repeats and realleges, as if fully set forth herein, the allegations contained in paragraphs 1 through 57 above.

59.     Defendants' aforesaid acts constitute willful and intentional trademark infringement and unfair competition under the common law of the State of New York.

60.     Defendants' aforesaid acts have caused and, unless restrained by this Court, will continue to cause great and irreparable injury to BDI, for which it has no adequate remedy at law.

61.     As the result of Defendants' unlawful actions, BDI has suffered damages in an amount that exceeds Ten Million Dollars ($10 Million) and such damages will be proved at trial. BDI is entitled to compensation in this amount, plus punitive damages for the knowing and willful actions of Defendants.

## COUNT FIVE

### INJURY TO BUSINESS REPUTATION AND DILUTION UNDER NEW YORK LAW

62.     BDI repeats and realleges, as if fully set forth herein, the allegations contained in paragraphs 1 through 61 above.

63.     Defendants' aforesaid acts are likely to injure the business reputation of BDI and dilute the distinctive quality of the BRIO trade name and trademark in violation of N.Y. Gen. Bus. Law § 360-1.

64.     Defendants' aforesaid acts have caused and, unless restrained by this Court, will continue to cause great and irreparable injury to BDI, for which it has no adequate remedy at law.

ATI-2329580v1

65.    As the result of Defendants' unlawful actions, BDI has suffered damages in an amount that exceeds Ten Million Dollars ($10 Million) and such damages will be proved at trial. BDI is entitled to compensation in this amount, plus punitive damages for the knowing and willful actions of Defendants.

## COUNT SIX

## DECEPTIVE TRADE PRACTICES UNDER NEW YORK LAW

66.    BDI repeats and realleges, as if fully set forth herein, the allegations contained in paragraphs 1 through 65 above.

67.    Defendants' aforesaid acts constitute deceptive trade practices in violation of N.Y. Gen. Bus. Law § 349.

68.    Defendants' aforesaid acts have caused and, unless restrained by this Court, will continue to cause great and irreparable injury to BDI, for which it has no adequate remedy at law.

69.    As the result of Defendants' unlawful actions, BDI has suffered damages in an amount that exceeds Ten Million Dollars ($10 Million) and such damages will be proved at trial. BDI is entitled to compensation in this amount, plus punitive damages for the knowing and willful actions of Defendants.

## PRAYER FOR RELIEF

WHEREFORE, BDI prays that the Court:

1.    declare, adjudge and decree that Defendants' aforesaid acts constitute infringement of BDI's federally registered trademarks in violation of 15 U.S.C. § 1114; use of false designations of origin and false representations, and unfair competition in violation of 15 U.S.C. § 1125(a); federal dilution in violation of 15 U.S.C. § 1125(c); trademark infringement and unfair competition in violation of the common law of the State of New York; injury to BDI's

- 13 -

ATI-2329580v1

business reputation and dilution in violation of N.Y. Gen. Bus. Law § 360-1; and deceptive trade practices under N.Y. Gen. Bus. Law § 349;

2.      grant preliminary and permanent injunctions restraining Defendants, and their officers, directors, agents, servants, employees, attorneys and those persons in active concert or participation or otherwise in privity with them from engaging in further acts constituting trademark infringement, false designations of origin and false representations, and unfair competition, injury to business reputation and dilution, and deceptive trade practices, including the use and registration of the trade name and trademark BRIO alone or in connection with other terms or a trade name or trademark incorporating the term "BRIO";

3.      order that Defendants assign the domain name registration for www.brioristorante.com to Plaintiff;

4.      order that Defendants file with the Court and serve upon BDI within thirty (30) days after service upon Defendants of this Court's injunction issued in this action, a written report, signed under oath, setting forth in detail the manner in which Defendants have complied with such injunction, including confirmation that Defendants are not using in any manner the trade name and trademark BRIO alone or in connection with other terms, or a trade name or trademark incorporating the term "BRIO";

5.      order that Defendants account to BDI for, and that BDI be awarded Defendants' profits from sales of its services advertised, promoted, marketed, sold, offered for sale, or provided under the trade name and trademark BRIO, together with such increased sum in addition thereto as the Court shall find just in view of the willful and intentional nature of Defendants' infringing and tortious acts;

- 14 -

6.      award BDI its damages arising out of Defendants' infringing and tortious acts, together with an amount which is three times the amount found as actual damages;

7.      award BDI its costs, disbursements and reasonable attorneys' fees incurred in bringing this action;

8.      award BDI punitive damages to the extent permitted by law;

9.      award BDI compensation in an amount that exceeds Ten Million Dollars ($10 Million), plus punitive damages for the knowing and willful unlawful actions of Defendants as BDI has suffered damages in this amount and such damages will be proved at trial; and

10.      award BDI such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:  New York, New York
June 27, 2008

Peter D. Vogl (PV3385)
Stephen F. Kampmeier (SK4312)
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306
pdvogl@jonesday.com
sfkampmeier@jonesday.com

*Of Counsel:*

Timothy P. Fraelich
Ohio Bar No. 00664637
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel:  (216) 586-3939
Fax:  (216) 579-0212
tfraelich@jonesday.com

- 15 -

Carrie L. Kiedrowski
Ohio Bar No. 0076864
Georgia Bar No. 419080
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Tel: (404) 521-3939
Fax: (404) 581-8330
clkiedrowski@jonesday.com

Attorneys for Plaintiff
Bravo! Development, Inc.

ATI-2329580v1

# Exhibit A

BDI: Brio



[BDI] BRIO TUSCAN GRILLE | RESTAURANTS | RECIPES | ... | ... | ...

GIFT CARDS   LOCATIONS   BANQUETS   MENU   CAREERS   COMMUNITY   CONTACT   NEWS   POSTA TUSCANA

Visit A Restaurant ▾ | Go



BRIO



Change is in the Air!
ENJOY BRIO'S SUMMER MENU

## Welcome to Brio!

Brio brings the pleasures of the Tuscan country villa to the American city. The Italians built their spacious country villas to escape the pressures of urban life and enjoy "La Dolce Vita" (the good life). They would mingle with family and friends and eat freshly prepared food from their grounds while surrounded by natural beauty. In just this manner, Brio offers its guests "La Dolce Vita."



The food at Brio is all simply prepared using the finest and freshest ingredients. The menu emphasis is on prime steaks and chops, homemade pasta specialties, and flatbreads prepared in an authentic Italian wood-burning oven. Brio's villa-like interior features arched

**MENU:**
Lunch and Dinner Daily.
Bellini Brunch Menu.
Sat. & Sun. 11am - 3pm

**HOURS OF OPERATION:**
Sun-Thurs. 11am - 10pm
Fri. & Sat. 11am - 11pm

**LOCATION(S):**
Atlanta (2), Birmingham, Charlotte, Cherry Hill, Cleveland (2), Columbus (2), Dallas (2–Southlake, Allen), Dayton, Detroit (2–Troy, Clinton Township), Gilbert, Houston, Kansas City, Las Vegas, Lombard, Lone Tree, Naples, Newport, Orlando (2), Palm Beach, Pembroke Pines, Richmond, St. Louis, Washington D.C. (McLean)

**PHONE:**
Call 888-45-BRAVO for location nearest you.

**RESERVATIONS:**
Reduce your wait with limited reservations.

**CARRYOUT:**
Available 7 days a week for lunch & dinner.

**OUTDOOR DINING:**
Enjoy dining on our Italian

**2008 BRIO OPENINGS**

**June 2008**
Gilbert, AZ - San Tan Village

**July 2008**
Denver, Park Meadows, CO

**2009 BRIO OPENINGS**

**BDI: Brio**

style terraces.

**PRIVATE DINING:**
For groups large and small.
Capacity varies by location.
Contact location for more
information.

**FORMS OF PAYMENT:**
Visa, MC, AmEx, Discover

**PARKING INFO:**
On site parking; some
locations valet parking
available.

colannades, hand-crafted Italian mosaics,
Venetian plaster walls and marble countertops.

Brio has among the highest average unit sales
in the industry and was voted the 2007 "Hot
Concepts" winner (Nation's Restaurant News).
The average Brio seats 200 guests in 7,200
square feet of space. Brio has consistently
received rave reviews by giving its guests this
taste of Tuscan bliss.



"To Eat Well, Is To Live Well!"
Brio Gift Cards
Make the Perfect Gift!

**Winter 2009**
Westfarms - Hartford, CT
Scottsdale Crossing, AZ

**Spring 2009**
Crabtree - Raleigh, NC
Annapolis, MD

**Summer 2009**
Cherry Creek - Denver, CO

**Fall 2009**
Tampa International - Tampa, FL

**BRIO Invite**
Would you like an invitation to one
of our upcoming openings and live
in the area? If so, please fill out the
form below:

Name:

Address:

City:

State:

Zip Code:

Email:

Location:
Select a Location:

If a new Brio near you is not on the
list, it is already open for business.
Can we contact you about future
events & promotions?
◉ Yes  ◯ No

Submit

♦ ♦ ♦

**Register Your Gift Card!
Click here to register
your Brio Gift Card!**

If you already have a registered card with us, then you can link additional cards to you current registration. Simply log in and click on "Attach Another Card".





"The best thing —
Bistecca Alla Fiorentina
as beautiful a strip steak
as you could wish for . . ."
— The Orlando Sentinel

"BDI is raising
the bar with BRIO, an
outstanding restaurant . . ."
— Dayton City Paper

Gift Cards | Locations | Banquets | Menu | Careers
Community | Contact | News | Posta Toscana
Privacy Policy

BDI: Brio

http://www.brioitalian.com/

6/24/2008

# Exhibit B



# 2007 **Chain Operator**

## Bravo Cucina Italiana and Brio Tuscan Grille

A steady and sustainable growth plan that focuses on adding units and increasing same-store sales has these two BDI-owned concepts on the precipice of bigger things.

**By Amelia Levin,** Associate Editor

Take a look around. How often do you see an Italian restaurant that's not a mom-and-pop or a super high-end restaurant? How often do you come across an Italian chain that's somewhere in between? Until recently, your answer would most likely be, "not very often."

Despite being around for the last decade, just in the past year it seems that Columbus, Ohio-based Bravo Development Inc.'s expansion efforts for two of its concepts, Brio Tuscan Grille and Bravo Cucina Italiana, have begun to take noticeable shape, bursting into the "polished casual" scene. That means that although Brio and Bravo both pay homage to the informal but modern atmosphere, timely service and reasonable prices on which many casual, full-service chain restaurants capitalize, they have also bumped everything up a notch. While many consider Brio to be slightly "dressier" and Bravo to be more family- and neighborhood-oriented, both are equally known for their higher quality food, thanks to better ingredients and executive chefs in each restaurant, plus upscale decor, and bar areas where guests linger.

It's pretty clear what's happening. About two years ago, BDI recruited Saed Mohseni, then the chief executive officer of McCormick & Schmick's, to serve in the same role at BDI, although Mohseni was already on BDI's board of directors. One could say Mohseni has done for polished casual, Italian concepts what he's done with McCormick &

Schmick's in the polished casual seafood arena. In short, he's virtually created a whole new segment. Mohseni's job when he came to BDI was to help enhance the Brio and Bravo images, and rev up the expansion engines. Not only has he done that, but to put the concepts' success into perspective, they brought in a combined $240 million in sales last year. Bravo increased its sales from $115 million in 2005 to $130 in 2006. Brio went from $83.2 million in sales for 2005 to $110 million in sales for 2006. Both concepts were able to accomplish these high sales growths with an expansion of just four units each. And what's more, both concepts appear to be in a position to sustain or accelerate their growth in the years to come.

These reasons, and others make it clear why *Foodservice Equipment & Supplies* chose BDI's Bravo Cucina Italiana and Brio Tuscan Grille as co-Chain Operators of the Year.

**The Softer Side**

Since opening its first location in 1992, Bravo has grown to 37 units scattered throughout the Midwest and East Coast. Seven years later, Brio opened its first unit and now operates 25 locations. In a departure from the past decade, Mohseni says he plans to open 10 total Brio and Bravo units each year for the next three to five years, some of which will debut in western states, including Arizona, New Mexico and Nevada (Las Vegas). While it seems as if Brio and Bravo could expand even faster, Mohseni's reluctant to do so. "We stay very disciplined in terms of the number of restaurants we have," he says. "This business is about human resources, not real estate and not finance. We're looking for a quality group of people rather than high multi-unit numbers. You cannot develop the human resource faster than you can develop sites."

The "human element" behind these two BDI concepts certainly sets them apart from many chains out there. Team members are strongly encouraged to move up through the



Both Brio and Bravo (pictured here) capitalize on their open kitchens as a way to keep guests excited during their dining experience while emphasizing the freshness and culinary sophistication of the food. The majority of the key cooking equipment sits lower than eyesight so that guests focus on the cooks at work and the decorative tiling. The wood-fired ovens that cook the flatbreads also serve as a point of visual interest.



# of the Year

This Brio Cucina Italiana in Albuquerque, N.M., like all locations, features an elaborate bar area with granite and dark woods, a good amount of seating space and frosted glass that separates that space from the dining room.

ranks to become managers, sous chefs and executive chefs, Mohseni says. A typical unit consists of an executive chef, two sous chefs, three assistant managers and 90 to 100 team members. The company created its Rising Star program about four years ago to train its employees in their positions as well as in assisting with store openings. Collectively, this gives employees the educational foundation necessary to function as a manager in a multi-unit environment or as a sous or even executive chef. At the same time, Mohseni says, BDI "constantly looks for great talent from the outside that can add more depth to our team."

## Creating an Environment

While Mohseni rates its importance second to human resources, real estate still plays a central role in BDI's growth plans. This is particularly the case for Brio Tuscan Grille, a destination dining place that attaches to shopping malls and lifestyle centers in an effort to attract women of all ages. "Sixty-three percent of guests who visit Brio are female," Mohseni says. "Brio is definitely a place where women can get together for lunch with friends and relax in between shopping."

Brio Tuscan Grille presents a slightly dressier, more upscale décor than its sister restaurant, Bravo. Elements contributing to this presentation include light-colored walls spotted with paintings of Italian scenes, a granite-topped bar, and lots of light fixtures and white drapery throughout the dining space.

As a result, Brio's elaborate outdoor patios help create an environment that appeals to its target audience. "There's a tremendous amount of focus put on open space not only in the inside dining room at Brio, but also on the outdoor area to capitalize on seasonality," Mohseni says. Even at colder, Midwest locations, the Brio patio stays open longer thanks to tents and heaters.

Bravo restaurants, on the other hand, generally take shape as freestanding units in high-density, residential areas, many of them affluent and nearby major cities. This helps attract





Cooks at the Brio Tuscan Grille add toppings and prepare large wood slabs where the wood-fired pizza will get sliced and presented to the table. A long, brass hood maintains the aesthetics of the kitchen in addition to performing its necessary functions, while modern, warm-colored light fixtures add brightness to the kitchen.

## Chain Operator of the Year

### Emphasis on Value

While one certainly wouldn't characterize Brio and Bravo as "cheap" in any way, they do appear to offer a good value for their prices. Portions are generous, and it's up to the guest how much they want to spend. This is easy to do, though, especially at Brio where optional starter salads up-charge the entrées by at least $3; the "specialty wines," grouped together and priced a good $2 or $3 more than house wines, take precedence on the wine list; and dessert options include mini variations of tiramisu, crème brûlée and other classics in tiny espresso cups for $1.50 that add up quick.

"The average check per person hovers around $18 for Bravo and can get up to $23 at Brio," Mohseni says. "The reason Brio has higher check averages is because there's a greater emphasis on chops, being a Tuscan-style grill. Twelve percent of sales are generated from selling meat, and steaks are more expensive than pasta and flatbreads.

"In terms of pricing, we're really looking for the best ingredients, and making sure we're within what competition is charging and what customers expect to pay," Mohseni says. "Value plays a major role in our company philosophy. We're more focused on getting our guests to visit more than three times in one month rather than on the prices alone."

### Belly Up to the Bar

For both restaurants, however, expanding the bar has been a central focus. Just a couple of months ago, BDI announced plans to expand its

families and position the concept as a more casual, neighborhood place for enjoying a nice meal. "Where going to Brio might be a special occasion, Bravo is a local option where you take your family out to eat," Mohseni says.

The hallmark of both restaurants, Mohseni says, is the open, exhibition kitchen. "We feel that the open kitchen reinforces the freshness of our food and offers a certain showmanship. Dining is as much about eating as it is about attending a show."

## BRIO Tuscan Grille

The upscale factor at Brio begins even before a guest walks in the door. The sheer size of real estate the store consumes, coupled with elaborate awnings and signage, and sometimes large white pillars. Inside, cream-colored walls and accents of gold, copper and brass weave throughout the space. "We're very much in line with our name, Brio, which means 'lively' in Italian," says Brio Concept President Brian O'Malley. "We're trying to create that Tuscan-inn look and an atmosphere that's loud and open," he says.

At about 52 tables seating roughly 250 guests per unit, the average Brio will see about 4,000 to 5,000 guests per week. Outside on the terrace, an important part of Brio, seats can range from 15 to as many as 45, O'Malley says.

"We want Brio to be upscale, but very, very friendly. At any one time, we can have a family at one table, the president of the local bank at the next, and 'ladies night' at another."

The drama continues with the exposed kitchen, where cooks can be seen preparing pizzas, grilling steaks and fixing salads, but all the major cooking sits below eye-level.

BDI's Chief Culinary Officer Richy Vaxelaire, who oversees the menu and culinary operation of both Brio and Bravo concepts, says, "We want to showcase the marble and tile along the back wall and the wood-fired oven, rather than a bunch of stainless steel. Rather than being more industrial looking, we wanted the kitchen to be more welcoming."

Some Brio locations have countertop seating along the kitchen line to add to the entertainment. From left to right, an upright broiler and Dutch oven for searing make up the grill station. Next in line sit a convection oven for breads and some entrées, and the sauté station that consists of a 12-burner range with two ovens underneath. A pasta station next to that also has a 12-burner range with refrigerated drawers underneath. A wood-fired oven makes up the pizza station, followed by the pantry where staff prepare salads and desserts.

"We strive to use the most authentic Italian ingredients we can," Vaxelaire says. "Best menus lots of travel to the home country and seeking out the freshest, most seasonal products available.

"Instead of similar shrimp, we'll use jumbo shrimp. Instead of olive oil, we'll use extra virgin olive oil. These are little details that maybe the guests don't notice individually, but when combined together they will say, 'Wow, this is really good.'"

At Brio, the menu focuses on meat-heavy dishes like prime grilled steaks, gorgonzola-crusted lamb chops, and wood-grilled salmon. Pastas include the popular chicken milanese pomodoro, a crusty, breaded chicken breast atop buttery noodles in a light tomato-red wine sauce, as the other lasagne Bolognese. At lunch, paired-down entrée specials and pastas, entrée salads, and flatbreads rule.



- 2006 Annual Sales $136 million
- 2005 Annual Sales $83.2 million
- Current Number of Units 45
- 2006 Number of Units 20
- Locations Alabama, Florida, Georgia, Kentucky, Michigan, Missouri, New Jersey, North Carolina, Ohio, Texas and Virginia. Areas where new units will open soon include Arizona, Nevada and New Mexico.
- Menu and Atmosphere Tuscan-style grilled steaks, chops and other meat dishes, plus pastas, flatbreads and bruschettas. Brighter,

more upscale interior with a distinguishable bar and seating area with plush chairs and a fireplace.

- Average Per-Person Checks $23
- Target Customers Women, all-ages, higher-income individuals
- Real Estate Attached to shopping malls, lifestyle centers, upscale outdoor patio
- Busiest Dayparter Lunch, brunch, after-work, later dinners
- Equipment Dealers The Wasserstrom Co., Columbus, Ohio

# **Chain Operator** of the Year



bar program significantly in 2008. "We believe that both Brio and Bravo, being more upscale, affordable dining places, have had an opportunity to capture bar sales based on where we're located and what we would consider an after-work or late-night place for people to gather," Mohseni says.

Both concepts have always served wine and offered a full-bar, with an emphasis on specialty cocktails and martinis at Brio, but that will serve as just the cornerstone for what comes next. "We're adding tap beers to our bars, and will focus on our 'martini nights,'" Mohseni says. Instead of discounting drinks to attract guests, he says, both concepts will instead offer a specific bar-food menu with tailored-down dining menu items perfect for sharing such as flatbreads, bruschettas, calamari and other appetizers. Currently, bar sales at Brio rake in about 22 percent of total unit revenues, a significant amount.

"Our bar area has always been an integral part of our entire design," Mohseni says. The long, dark wood bars, surrounded by small tables and a comfortable seating area with plush, leather couches, sofas and a fireplace make the first thing customers see when they walk in the door. "The soft seating area clearly creates a comfortable environment for people to gather," Mohseni says.

### Change Is Good

It's one thing to attract a more sophisticated crowd and another to be able to keep them coming back on a regular basis. "The average consumer might like something today; but five years later, their palettes may change, so our kitchen needs to be flexible enough to handle that," Mohseni says.

At Bravo, the menu changes three times a year and at Brio, two times,

The outdoor grill at Brio Tuscan Grille represents an important medium for attracting and retaining the concept's target female customers and other patrons looking to enjoy a relaxing lunch in between shopping, grab some after-work drinks and appetizers, or enjoy an evening meal. Thanks to portable heaters and tents, the patio stays open during more months of the year even in areas with colder weather.

although chefs from both restaurants constantly evaluate all items. "We're one of the dying breeds of restaurants that work with executive chefs rather than kitchen managers," Mohseni says. "This helps us put a greater emphasis on quality and execution, and it certainly allows us a greater opportunity to experiment with different ingredients and flavors."

Adapting the menu is just part of BDI's philosophy, Mohseni says. "As part of running any business you have to constantly grow, change, evaluate and modify," he says. "Our architectural design has evolved over time. So has our food program. And now our bar program. As any good organization, we make every effort to improve our operations so we don't wake up one day and say, 'We really missed the boat, we have to reinvent ourselves.'" **FE&S**



# **BRAVO** Cucina Italiana

| |
| --- |
| ■ **2006 Annual Sales:** $120 million |
| ■ **2005 Annual Sales:** $115 million |
| ■ **Current Number of Units:** 37 |
| ■ **2006 Number of Units:** 34 |
| ■ **Locations:** Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Michigan, Missouri, New Mexico, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Texas, Virginia and Wisconsin. |
| ■ **Menu and Atmosphere:** Casual, lively, Italy |

atmosphere, but slightly more upscale with white tablecloths and a nice bar area with seating. Menu focuses on pastas, flatbreads and some seasonal entrées.

| |
| --- |
| ■ **Average Per-Person Check:** $18 |
| ■ **Target Customer:** Families |
| ■ **Real Estate:** Freestanding units in high-density residential areas outside cities |
| ■ **Busiest Dayparts:** Dinner, business lunches |
| ■ **Equipment Dealer:** The Wasserstrom Co., Columbus, Ohio |

**W**hile Bravo's exterior resembles Brio's, inside, the decor consists of darker woods and white tablecloths. "Everything has a more rustic finish so it's a little less high-end, less dramatic than Brio," says Michael Mather, Bravo concept president.

The same goes for the menu, characterized by less meat dishes and more pasta and seafood items, but still including high-end ingredients such as imported, buffalo mozzarella and imported Parton goat cheese for the cold made-won bruschetta. Seafood items span the menu as well, from lobster and shrimp ravioli to wood-grilled tilapia with crab.

Bravo changes its menu seasonally but also to introduce special dishes from different regions in Italy. "Last year, we focused on Sicily and this year, we took a trip to northern Italy where there are stronger flavors like prosciutto, reggiano, orzo, risotto, and stronger green product," Mather says.

Bravo restaurants feature private dining rooms, and generally speaking the main dining room can seat up to 240 guests, Mather says. In total, the concept has 25 to 30 back-of-the-house staff

members and 16 to 25 servers cover the floor on a given night. The interior usually has around 50 seats depending on the location, he says. On busy nights, Bravo will do around 1,200 covers, and 600 on slower nights. During busy lunches, the restaurant will see 400 transactions and 200 during slower ones, according to Vendehise.

The kitchen at Bravo almost exactly mirrors that of Brio, although it doesn't have an oven station because of fewer meat dishes on the menu, Vendehise says.

Both Brio and Bravo kitchens, he says, generally span about 2,000-square-feet. Bravo's back of the house consists of prep tables; two convection double-deck ovens for roasting chickens and baking bread; a walk-in cooler; and a similar walk-in freezer just used for cheesecakes, par-baked dough and some other desserts.

When purchasing equipment, Vendehise says, it's important for both Brio and Bravo to have extremely durable, high-end pieces to handle their volume, to hold temperatures at safe levels for a consistent product. "We also deal with a situation where all of our equipment leans against the back wall so we need compressors and other electrical parts that are positioned out in the front,"

Vendehise says. "It's a little more expensive up front, but it's worth it in the long run."

As far as food safety, all managers must receive ServSafe certification and all staff members undergo rigid training. "We also complete line checks, check temperatures all the time, check the food that comes in, wash all our vegetables, use gloves and color-coded chopping boards, enforce handwashing. The whole nine yards," Vendehise says. To maintain consistency, many products, both at Brio and Bravo, get portioned prior to service, or during it on the line.

Bravo differs from Brio in that it has a curbside take-out program to compete with other casual chains, Mather says. "This is a huge part of our growth," he says. "We have a very strong and loyal guest base, but if we can get another wait out of them because of the convenience of our curbside to-go program, that's extra business for us." At the moment, to-go sales account for 6 percent of total restaurant sales per unit, "which is very good for us considering when we started this program 18 to 24 months ago, we were in that 2.5-percent range," Mather says.

# Exhibit C





**Blu Sushi Martini Bistro**
847 Vanderbilt Beach Road,
Naples, (239) 594-5557
Style: Persian
Executive chef: Michael Mir
Try this! Clay pot lamb shank
Entrées: $20 to $26

**Bleu Provence**
1234 Eighth St. S., Naples,
(239) 261-8239
Style: French Mediterranean
Executive chef: Lysielle Carlot
Try this! Grouper a la Provençal
Entrées: $22 to $40

**Blue Water Bistro**
Coconut Point Mall, Estero,
(239) 949-2583
Style: Seafood and steaks
Executive chef: Chris Metzler
Try this! Seared tuna
Entrées: $13 to $30

**Brimstop's**
In Waterside Shops, Naples,
(239) 596-9112
Style: American
Try this! Seared beef
tenderloin flatbread
Entrées: $12 to $29

**Brio Tuscan Grille**
In Waterside Shops, Naples,
(239) 593-5319
Style: Italian



GULFSHORE LIFE

Executive chef: Joseph Toller
Try this! Lasagna Al Forno
Entrées: $12 to $29

**Campiello Ristorante & Bar**
1177 Third St. S., Naples,
(239) 435-1166
Style: Northern Italian
Executive chef:
Vincenzo Betulia
Try this! Spit roasted pork
loin chop
Entrées: $18 to $40

**Chops City Grill**
837 Fifth Ave. S., Naples,
(239) 262-4677; 8200 Health
Center Blvd., Suite 100, Bonita
Springs, (239) 992-4677
Style: Steak, seafood and sushi
Executive chefs: Josh Grita and
Chris Metzler in Naples; Brian
Grim in Bonita Springs
Try this! Spiced yellowfin tuna
Entrées: $15 to $30

**Circle Mediterranean
Bar & Grille**
13451 McGregor Blvd., Fort
Myers, (239) 415-2007
Style: Mediterranean
Executive chef: Scott Sopher
Try this! Grilled chorizo stuffed
calamari
Entrées: $20 to $38

**Côte d'Azur Restaurant**, left
11224 Tamiami Trail N., Naples,
(239) 597-8867
Style: Classic Provençal
Executive chef:
Claudio Scaduto
Try this! Sea scallops
Entrées: $27 to $49

**Fleming's**
8985 Tamiami Trail N., Naples,
(239) 598-2424
Style: Steak house and wine bar
Executive chef: David Gossett
Try this! Prime hand-cut steaks
Entrées: around $28

**Giovanni's Italian
Ristorante**
5975 Pine Ridge Road,
Naples, (239) 353-9440
Style: Italian
Executive chef:
Salvatore Conigliaro
Try this! Combinazione
Di Pesca, fresh seafood
in marinara over linguine
Entrées: $15 to $30

**Handsome Harry's**
1205 Third St. S., Naples,
(239) 434-6400
Style: American
Executive chef: Kouri Killmeier
Try this! 24-ounce strip steak
Entrées: $18 to $48

**Keylime Bistro**
11509 Andy Rosse Lane,
Captiva, (239) 395-4000
Style: Seafood and pasta
Executive chef: Jose Martinez
Try this! Stuffed grouper
Entrées: $12 to $32

**Marie-Michelle's Restaurant
on the Bay**
The Village at Venetian Bay,
4236 Gulf Shore Blvd. N.,
Naples, (239) 263-0900
Style: French
Executive chef: Kila Hughes
Try this! Bouillabasse "Du Gulf"
au Pernod
Entrées: $22 to $36

**Patio 33**
33 Patio de Leon, between First
and Main streets, Fort Myers,
(239) 337-2846
Style: Internationally flavored
rotisserie cooking
Executive chef: Denis Meurgue
Try this! Leg of lamb in garlic
sauce
Entrées: $20 and up

**Pazzo Italian Café**, above
853 Fifth Ave. S., Naples,
(239) 434-8494
Style: Italian

Try this! Pork
osso bucco with grilled
vegetable risotto
Entrées: $15 to $25

**Roy's**
In Bayfront, Naples, (239)
261-1416; in the Promenade at
Bonita Bay, Bonita Springs,
(239) 498-7697
Style: Hawaiian fusion cuisine
Executive chefs: Brandon
Iacone in Naples; Wade Lowe in
Bonita Springs
Try this! Misoyaki butterfish
with Kim Chee lime infusion
Entrées: around $25

**Ruth's Chris Steak House**
In Coastland Center, Naples;
Coconut Point, Estero
Style: Steak house
Executive chef: Jim Cannon
Try this! Porterhouse for two
Entrées: $20 to $30

**Sunshine Seafood Café**
8750 Gladiolus at Winkler,
Fort Myers, (239) 489-2233
Style: Fresh seafood
Executive chef: Doroteo Diaz
Try this! Red snapper picatta
Entrées: $15 to $25

**Yabba Island Grill**
711 Fifth Ave. S., Naples,
(239) 262-5787
Style: Island style with
Caribbean grill
Executive chef: Josh Todd
Try this! Plantain and macada-
mia-encrusted black grouper
Entrées: $18 to $30

*Additional reporting by Nisha
Barlow and Rebecca Loveridge*

# Exhibit D

# CHOICE AWARDS
MARCH 27, 2003

**14**

# food&drink

**BREAKFAST**
First Place: I-Hop
Second Place: Mimi's Café

**LUNCH**
First Place: Café Express
Second Place: Baker Bros

**HAMBURGER**
First Place: Kincaids Hamburgers
Second Place: Johnny B's

**STEAKHOUSE**
First Place: Bob's Steak & Chop House
Second Place: Kirby's

**MEXICAN**
First Place: Anamia's
Second Place: Christina's

**ITALIAN**
First Place: Brio Tuscan Grille
Second Place: Café Italia

**ORIENTAL**
First Place: PF Changs
Second Place: Sushi Sam

**SEAFOOD**
First Place: Trulucks
Second Place: Papdeauxs

**PIZZA**
First Place: iFratelli's
Second Place: Palios

**BARBECUE**
First Place: Feedstore Bar-B-Q
Second Place: Red, Hot & Blue

**DELI**
First Place: McAlister's
Second Place: Jason's Deli

**ICE CREAM**
First Place: Milwaukee Joes
Second Place: Picomolo

*[Handwritten note:] Tom, Roadie Choice Awards for all of Tarrant County. [signature]*

# Exhibit E

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 2,018,983**

## United States Patent and Trademark Office

Registered Nov. 26, 1996

### SERVICE MARK
### PRINCIPAL REGISTER



1112 WEST LLC (TEXAS LIMITED LIABILITY COMPANY)
1112 WEST 6TH ST.
AUSTIN, TX 78703

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 8–1–1995; IN COMMERCE 8–1–1995.

"BRIO" IS OF ITALIAN ORIGINS WITH THE FOLLOWING MEANING "VIGOR", "VIVACIOUS" OR "WITH VITALITY".

SER. NO. 74–725,916, FILED 9–7–1995.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,996,778
Registered Sep. 20, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# BRIO

BRAVO DEVELOPMENT, INC. (OHIO COR-
PORATION)
18 N. MAIN STREET
CHAGRIN FALLS, OH 44022

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 7-2-1999; IN COMMERCE 7-2-1999.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,018,983.

THE ENGLISH TRANSLATION OF "BRIO" IS
"VIGOR", "VIVACIOUS" OR "WITH VITALITY".

SER. NO. 76-603,870, FILED 7-23-2004.

JOHN LINCOSKI, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,191,292

Registered Jan. 2, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



BRAVO DEVELOPMENT, INC. (OHIO COR-
PORATION)

18 N. MAIN STREET

CHAGRIN FALLS, OH 44022

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 7-2-1999; IN COMMERCE 7-2-1999.

OWNER OF U.S. REG. NOS. 2,018,983 AND
2,996,778.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TUSCAN GRILLE", APART FROM
THE MARK AS SHOWN.

THE MARK CONSISTS OF AN OVAL CONTAIN-
ING THE UNDERLINED WORD BRIO IN CAPITAL
LETTERS PLACED DIRECTLY THE LOWER CASE
WORDS TUSCAN GRILLE.

SER. NO. 78-605,918, FILED 4-11-2005.

ELLEN B. AWRICH, EXAMINING ATTORNEY

# Exhibit F

# JONES DAY

NORTH POINT · 901 LAKESIDE AVENUE · CLEVELAND, OHIO 44114-1190

TELEPHONE: (216) 586-3939 · FACSIMILE: (216) 579-0212

Direct Number: (216) 586-1247
tfraelich@jonesday.com

JP315436:clk                              April 25, 2008
180555-019008

<u>VIA OVERNIGHT DELIVERY</u>

Mr. Paul Sandolo
Owner
Brio Mediterranean Restaurant
353 North Bedford Road
Mount Kisco, New York  10549

Mr. Daniel A. Rubino Jr.
Chef
Brio Mediterranean Restaurant
353 North Bedford Road
Mount Kisco, New York  10549

> Re:    <u>Infringement of Federally Registered BRIO Trademark</u>

Dear Messrs. Sandolo and Rubino:

We represent, as outside trial counsel in intellectual property matters, including without limitation matters pertaining to trademark infringement and dilution, Bravo Development, Inc. (hereinafter "BDI"), 18 North Main Street, 3rd Floor, Chagrin Falls, Ohio 44022.  BDI provides restaurant services in connection with the trademark BRIO.  We recently learned that you are operating a restaurant that utilizes the BRIO trademark on 353 North Bedford Road in Mount Kisco, New York.  Additionally, we are aware that you intend to expand and open another restaurant under this same name in Fishkill, New York.  Further, we understand that you are utilizing the domain name www.brioristorante.com to advertise and market your restaurant services at these locations.

Be advised that the BRIO mark has been used in connection with restaurant services by BDI, or its predecessor in interest, since at least as early as 1995.  Indeed, BDI is the owner of United States Trademark Registration No. 2,996,778 for the mark BRIO; Registration No. 2,018,983 for the mark BRIO & Design; and Registration No. 2,996,778 for the mark BRIO TUSCAN GRILLE.  BDI uses its marks in connection with restaurant services throughout the United States.  These marks have never been abandoned by BDI, nor have any rights been granted to your company to use it in any manner.  Copies of BDI's marks are enclosed for your convenience.

ATI-2320258v2

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK · PARIS · PITTSBURGH
SAN DIEGO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

**JONES DAY**

Messrs. Sandolo and Rubino
April 25, 2008
Page 2

Your use of the BRIO mark, or any similar mark in connection with providing restaurant services, violates, dilutes and infringes upon BDI's federal rights in and to its trademarks. Accordingly, we hereby demand that you transition to a different mark in connection with your restaurant services within thirty (30) days of the date of this letter.

A written statement of your agreement to cease using the BRIO mark should be set forth in a letter and forwarded to us, so as to reach our offices within ten (10) days of the date of this letter. Should you fail to do so, BDI will have no alternative but to pursue more aggressive measures to protect its rights in and to its BRIO trademark.

Should you have any questions regarding the foregoing, you may contact the undersigned.

Sincerely,

Timothy P. Fraelich

Enclosures

cc:    Carrie L. Kiedrowski, Esq.
       Ms. Amy Gagich

ATI-2320258v2

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,996,778
Registered Sep. 20, 2005

**SERVICE MARK**
**PRINCIPAL REGISTER**

# BRIO

BRAVO DEVELOPMENT, INC. (OHIO COR-
PORATION)
18 N. MAIN STREET
CHAGRIN FALLS, OH 44022

    FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

    FIRST USE 7-2-1999; IN COMMERCE 7-2-1999.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,018,983.

    THE ENGLISH TRANSLATION OF "BRIO" IS
"VIGOR", "VIVACIOUS" OR "WITH VITALITY".

    SER. NO. 76-603,870, FILED 7-23-2004.

JOHN LINCOSKI, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,018,983
Registered Nov. 26, 1996

## SERVICE MARK
### PRINCIPAL REGISTER



1112 WEST LLC (TEXAS LIMITED LIABILITY COMPANY)
1112 WEST 6TH ST.
AUSTIN, TX 78703

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 8–1–1995; IN COMMERCE 8–1–1995.

"BRIO" IS OF ITALIAN ORIGINS WITH THE FOLLOWING MEANING "VIGOR", "VIVACIOUS" OR "WITH VITALITY".

SER. NO. 74–725,916, FILED 9–7–1995.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,191,292
Registered Jan. 2, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



BRAVO DEVELOPMENT, INC. (OHIO COR-
PORATION)
18 N. MAIN STREET
CHAGRIN FALLS, OH 44022

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 7-2-1999; IN COMMERCE 7-2-1999.

OWNER OF U.S. REG. NOS. 2,018,983 AND
2,996,778.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TUSCAN GRILLE", APART FROM
THE MARK AS SHOWN.

THE MARK CONSISTS OF AN OVAL CONTAIN-
ING THE UNDERLINED WORD BRIO IN CAPITAL
LETTERS PLACED DIRECTLY THE LOWER CASE
WORDS TUSCAN GRILLE.

SER. NO. 78-605,918, FILED 4-11-2005.

ELLEN B. AWRICH, EXAMINING ATTORNEY

# Exhibit G



Close Window

Track Shipments/FedEx Kinko's Orders
## Detailed Results

 Print

| Tracking number | 790993305558 | Reference | JP003742; 180555-019008 |
|---|---|---|---|
| Signed for by | M.JENSEN | | |
| Ship date | Apr 25, 2008 | Destination | MOUNT KISCO, NY |
| Delivery date | Apr 26, 2008 11:56 AM | Delivered to | Receptionist/Front Desk |
| | | Service type | Priority Envelope - Adult Signature Required |
| | | Weight | 0.5 lbs. |

| Status | Delivered |
|---|---|
| Signature image available | Yes |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

| ☒ Signature Image |
|---|

Request copy of signature

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Apr 26, 2008** | 11:56 AM | **Delivered** | MOUNT KISCO, NY | |
| | 9:10 AM | On FedEx vehicle for delivery | ELMSFORD, NY | |
| | 8:40 AM | At local FedEx facility | ELMSFORD, NY | |
| | 7:04 AM | At dest sort facility | NEWBURGH, NY | |
| | 4:56 AM | Departed FedEx location | MEMPHIS, TN | |
| **Apr 25, 2008** | 11:05 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 10:17 PM | Left origin | ATLANTA, GA | |
| | 7:42 PM | Picked up | ATLANTA, GA | |
| | 3:40 PM | Package data transmitted to FedEx | | |

E-mail results    |    Track more shipments/orders

Subscribe to tracking updates (optional)

| Your name: | | Your e-mail address: | |
|---|---|---|---|

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |

Select format: ⦿ HTML ○ Text ○ Wireless

Add personal message:

Not available for Wireless or non-English characters.



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 1, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **790993305558**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 353 N BEDFORD RD MOUNT KISCO, NY 105491145 |
| **Signed for by:** | M.JENSEN | **Delivery date:** | Apr 26, 2008 11:56 |
| **Service type:** | Priority Envelope | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 790993305558 | **Ship date:** | Apr 25, 2008 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
Paul Sandolo and Daniel Rubino, Jr.
Brio Mediterranean Restaurant
353 N BEDFORD RD
MOUNT KISCO, NY 105491145 US

**Reference**

**Shipper:**
Carrie Kiedrowski
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 303093053 US
JP003742; 180555-019008

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# Exhibit H

# JONES DAY

NORTH POINT · 901 LAKESIDE AVENUE · CLEVELAND, OHIO 44114-1190

TELEPHONE: (216) 586-3939 · FACSIMILE: (216) 579-0212

Direct Number:  (216) 586-1247
tfraelich@jonesday.com

JP315436:clk                         May 12, 2008
180555-019008

VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

Mr. Paul Sandolo
Owner
Brio Mediterranean Restaurant
353 North Bedford Road
Mount Kisco, New York  10549

Mr. Daniel A. Rubino Jr.
Chef
Brio Mediterranean Restaurant
353 North Bedford Road
Mount Kisco, New York  10549

    Re:  Infringement of Federally Registered BRIO Trademark

Dear Messrs. Sandolo and Rubino:

   In light of your failure to respond to my letter of April 25, 2008, which was received by your company on April 26, 2008, we have no choice than to pursue other remedies to protect our client's rights.

            Sincerely,

            Timothy P. Fraelich

cc:  Carrie L. Kiedrowski, Esq.
   Ms. Amy Gagich

ATI-2323072v1

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK · PARIS · PITTSBURGH
SAN DIEGO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

# Exhibit I

| 2. Article Number | |
| --- | --- |
| 7160 3901 9845 2953 6411 | |

**3. Service Type  CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Mr. Paul Sandolo, Owner
Brio Mediterranean Restaurant
353 North Bedford Road
Mount Kisco, New York 10549

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 17   ☐ Yes
If YES, enter delivery address below:   ☐ No

**Reference Information**

180555-019008/Brio

Carrie Kiedrowski

PS Form 3811, January 2005        Domestic Return Receipt

| 2. Article Number | | A. DELIVERY |
| --- | --- | --- |

2. Article Number

7160 3901 9845 2953 6435

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Mr. Daniel A. Rubino Jr., Chef
Brio Mediterranean Restaurant
353 North Bedford Road
Mount Kisco, New York 10549

A. Received by (Please Print Clearly)    B. Date of Delivery
7/16/07

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

**Reference Information**

180555-019008/Brio

Carrie Kiedrowski

PS Form 3811, January 2005          Domestic Return Receipt