JUDGE ROBINSON

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BRAVO! DEVELOPMENT, INC.

**SUMMONS IN A CIVIL ACTION**

V.

BRIO MEDITERRANEAN RESTAURANT, AND
PAUL SANDOLO

CASE NUMBER:

TO: (Name and address of Defendant)

BRIO MEDITERRANEAN RESTAURANT
353 North Bedford Road
Mount Kisco, NY 10549

08 CIV 5850

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter D. Vogl, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel: (212) 326-3939
F: (212) 755-7306

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JUN 27 2008

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 58507

Date Filed: _____

**Plaintiff:**
**BRAVO! DEVELOPMENT, INC.**

vs.

**Defendant:**
**BRIO MEDITERRANEAN RESTAURANT and PAUL SANDOLO**

Received by ASK Litigation Support, Inc. to be served on **BRIO MEDITERRANEAN RESTAURANT, c/o PAUL SANDOLO, 353 North Bedford Rd., Mt. Kisco, NY 10549**.

I, Simon Kahn, being duly sworn, depose and say that on the **30th day of June, 2008** at **1:10 pm**, I:

delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge's and Magistrate's Rules including ECF** to Mr. Sandolo's son, accepting on behalf of the owner of 'Brio' and at home, who identified him/herself to me and was served in hand, at the actual place of residence indicated above.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 150, Hair: Short Black, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/1/08___
Date

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000405

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j