◊AO 440 (Rev. 8/01) Summons in a Civil Action

**JUDGE ROBINSON**

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

BRAVO! DEVELOPMENT, INC.

V.

BRIO MEDITERRANEAN RESTAURANT, AND
PAUL SANDOLO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CIV 5850

TO: (Name and address of Defendant)

Paul Sandolo, 61 Ward Avenue, Mount Kisco, NY 10549

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter D. Vogl, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel: (212) 326-3939
F: (212) 755-7306

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 27 2008

CLERK _____   DATE _____

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 58507                          Date Filed: _____

**Plaintiff:**
**BRAVO! DEVELOPMENT, INC.**

vs.

**Defendant:**
**BRIO MEDITERRANEAN RESTAURANT and PAUL SANDOLO**

Received by ASK Litigation Support, Inc. to be served on **PAUL SANDOLO, 61 Ward Avenue, Mt. Kisco, NY 10549**

I, Simon Kahn, being duly sworn, depose and say that on the **30th day of June, 2008** at **1:10 pm, I:**

**Substitute Served** a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge's and Magistrate's Rules including ECF** to Mr. Sandolo, his son who is of suitable age and discretion at the **place of residence**, described within. On 7/1/08 I deposited in the United States Mail, via First Class, another true copy of the documents listed above, in a properly enclosed and sealed post-paid envelope. The envelope did not indicate on the outside thereof, by return address or otherwise that the communication was from an attorney or concerned an action against the person to be served, bearing the legend "Personal and Confidential" and was addressed to: **Paul Sandolo** at the address noted above.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 150, Hair: Short Black, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/1/08___
         Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000404