*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAVO! DEVELOPMENT, INC. )<br>)<br>Plaintiff, )<br>) <br>) <br>) <br>) <br>BRIO MEDITERRANEAN ) <br>RESTAURANT and ) <br>PAUL SANDOLO ) <br>) <br>Defendants. ) | Civil Action No. 7:08-cv-05850 (SCR)<br><br>**STIPULATED ORDER FOR<br>EXTENSION OF TIME** |

Plaintiff Bravo! Development, Inc. ("BDI"), stipulates to entry of this Order extending by fourteen (14) days from July 21, 2008 to August 04, 2008 Defendants' time to answer or move with respect to the Complaint filed in this case.

Respectfully submitted,

*[signature]*

Dated: New York, New York
July 18, 2008

Peter D. Vogl (PV3385)
Stephen F. Kampmeier (SK4312)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306
pdvogl@jonesday.com
sfkampmeier@jonesday.com

Attorneys for Plaintiff
Bravo! Development, Inc.

So Ordered
Dated July 22 2008 New York

*[signature]*
_____
United States District Court Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

NYI-4106379v1