UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAVO! DEVELOPMENT, INC. )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>BRIO MEDITERRANEAN )<br>RESTAURANT and )<br>PAUL SANDOLO )<br>)<br>Defendants. ) | Civil Action No. 7:08-cv-05850 (SCR)<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Bravo! Development, Inc. and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants.

Respectfully submitted,

Dated: New York, New York
August 1, 2008

Peter D. Vogl (PV3385)
Stephen F. Kampmeier (SK4312)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306
pdvogl@jonesday.com
sfkampmeier@jonesday.com

Attorneys for Plaintiff
Bravo! Development, Inc.

NYI-4110741v1